# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      CALIFORNIA

**APPEARANCE**

Case Number: 08mj8654

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GUSTAVO MORENO-MALDONADO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/23/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number      Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj8654 |
| | ) | |
| v. | ) | |
| | ) | |
| GUSTAVO MORENO-MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  July 23, 2008                                 */s/ John C. Ellis, Jr.*
                                                          JOHN C. ELLIS, JR.
                                                           Federal Defenders
                                                           225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           john_ellis@fd.org